PAULINA FERNANDEZ v.
SELECTED RISKS INSURANCE COMPANY.

February 5, 1979. Cross-Petition for certification denied.
(See 163 *N. J. Super.* 270)

WILMON REEVES v. CORNELL BEWLEY.

February 5, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM B. EICHELE.

February 5, 1979. Petition for certification denied.

DONALD BROWN v.
JERSEY CENTRAL POWER & LIGHT CO.

February 5, 1979. Petition for certification denied. (See
163 *N. J. Super.* 179)

STATE OF NEW JERSEY v. BURTON WEISS.

February 5, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. THOMPSON.

February 5, 1979. Petition for certification denied.